336          COURT OF APPEALS OF WEST VIRGINIA.

Jan'y Term,          Hoover vs. The State.          1866.

### Wheeling.

Absent, HARRISON, J.*

### FREDERICK HOOVER *vs.* THE STATE.

January Term, 1866.

It is error for a circuit court to refuse to set aside the verdict of a jury and grant a new trial, where a party is convicted of larceny, when no evidence is produced at the trial, showing the offense to have been committed within the jurisdiction of the court hearing the case.

This case was tried at the September term, 1865, of the circuit court of *Lewis* county. *Hoover* was indicted for the larceny of a grey mare, the property of one *Owen Mulvey, Jr.*, in the county of *Lewis*. There was no evidence produced on the trial that the offense was committed within the jurisdiction of the circuit court of that county. The jury found him guilty, and he moved the court by his attorney, to set the verdict aside and grant him a new trial, upon the ground that the verdict was contrary to the evidence, and for other reasons not necessary to be given here, as they were not considered by this court. The court below overruled the motion and sentenced him to confinement in the penitentiary for one year, as fixed by the jury. He then asked the court to certify the facts proven on the trial; which was accordingly done, and he applied to this court for a writ of error, which was awarded.

*G. H. Lee* and *M. Edmiston*, for plaintiff in error.
*Attorney General Hall*, for State.

*Per curiam.* There being no evidence in the record showing that the offense was committed within the jurisdiction of the circuit court of Lewis county, the court below erred in overruling the motion for a new trial. The judgment of that court is, therefore, reversed, and the cause is remanded to the circuit court of Lewis county for a new trial.

JUDGMENT REVERSED.

*He was absent on account of illness, and *T. W. Harrison*, judge of the III circuit was called to the bench.